AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| United States of America | ) |
|---|---|
| v. | ) |
| Jackson Elliot Fleming | ) Case No. 2:25-MJ-173 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

**RECEIVED**
By USMS at 8:13 am, Sep 15, 2025

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jackson Elliot Fleming,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 USC 875(c) - Transmitting in interstate or foreign commerce any threat to kidnap any person or threat to injure the person of another

Date: 09/14/2025

s/ Abizer Zanzi
*Issuing officer's signature*

City and state: Hammond, IN

Hon. Abizer Zanzi, US Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9.15.25, and the person was arrested on *(date)* 9-14-25
at *(city and state)* Porter County.

Date: 9-15-25

*Arresting officer's signature*

Brian Burke DUSM
*Printed name and title*