AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jackson Elliot Fleming | ) | Case No. 2:25-MJ-173 |
| | ) | |
| | ) | **FILED UNDER SEAL** |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **September 11, 2025** in the county of **Lake** in the **Northern** District of **Indiana**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 875(c) | Transmitting in interstate or foreign commerce any threat to kidnap any person or threat to injure the person of another |

This criminal complaint is based on these facts:
See Attached Affidavit

☐ Continued on the attached sheet.

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
*Complainant's signature*

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/14/2025

s/ Abizer Zanzi
*Judge's signature*

City and state: Hammond, IN

Hon. Abizer Zanzi, US Magistrate Judge
*Printed name and title*